# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3968

_____

United States of America,               *

                              *

        Appellee,             *

                              *   Appeal from the United States

     v.                     *   District Court for the

                              *   District of South Dakota.

Todd Brave Crow,               *

                              *   [UNPUBLISHED]

        Appellant.          *

_____

Submitted: October 19, 2006
Filed: October 20, 2006

_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Todd Brave Crow pleaded guilty to assault resulting in serious bodily injury, and was sentenced to 33 months in prison and 3 years of supervised release. After Brave Crow began serving his supervised release, the probation officer petitioned for revocation, alleging that Brave Crow had violated his release conditions. Brave Crow admitted violating the conditions of his supervised release as alleged. At a subsequent revocation hearing, the district court[1] revoked supervised release and imposed a new sentence of 24 months in prison, commenting on the Chapter 7

_____

[1]The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.

Guidelines recommended range, Brave Crow's prior and current supervised release violations, and his failure to pay restitution, and also noting that due to his record leniency was not appropriate. Brave Crow appeals his revocation sentence.

The revocation sentence was within authorized limits, and the district court considered appropriate factors in imposing it. <u>See</u> 18 U.S.C. §§ 3553(a), 3583(e)(3). We conclude that Brave Crow's sentence is not unreasonable. <u>See</u> <u>United States v. Tyson</u>, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (revocation sentences are reviewed for unreasonableness in accordance with <u>United States v. Booker</u>, 543 U.S. 220 (2005)).

Accordingly, we affirm.

_____